# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2021 WY 8

*October Term, A.D. 2020*

*January 13, 2021*

| | |
|---|---|
| **BOARD OF PROFESSIONAL RESPONSIBILITY, WYOMING STATE BAR,**<br><br>Petitioner,<br><br>v.<br><br>**DONALD L. TOLIN, WSB #5-1699,**<br><br>Respondent. | D-20-0008 |

## ORDER OF IMMEDIATE SUSPENSION

[¶ 1]   **Pursuant to** Rule 17 of the Wyoming Rules of Disciplinary Procedure, Deputy Bar Counsel for the Wyoming State Bar filed, on December 22, 2020, a "Petition for Immediate Suspension of Attorney."  In the petition and attached affidavit, Deputy Bar Counsel avers that Respondent Donald L. Tolin "has been uncooperative with the Office of Bar Counsel by failing to provide documents and information requested repeatedly…."  See Rule 17(a)(3), Wyoming Rules of Disciplinary Procedure.  Now, after a careful review of the petition, the "Affidavit of Deputy Bar Counsel in Support of Petition for Immediate Suspension of Attorney," the "Respondent's Response to Petition for Immediate Suspension of Attorney," and the file, this Court concludes that the petition for immediate suspension should be granted and that Respondent should be suspended from the practice of law pending resolution of the formal charge that has been, or will be, filed against him.  See Rule 17(b)(4) ("Within fifteen (15) days of the entry of an order of immediate suspension, Bar Counsel shall file a formal charge.").  It is, therefore,

[¶ 2]   **ADJUDGED AND ORDERED** that, effective immediately, Respondent Donald L. Tolin, shall be, and hereby is, suspended from the practice of law, pending final resolution of the formal charge that has been, or will be, filed against him; and it is further

[¶ 3]   **ORDERED** that, during the period of suspension, Respondent shall comply with the requirements of the Wyoming Rules of Disciplinary Procedure, particularly the requirements found in Rule 21; and it is further

[¶ 4]   **ORDERED** that, pursuant to Rule 9(b) of the Wyoming Rules of Disciplinary Procedure, this "Order of Immediate Suspension" shall be published in the Pacific Reporter; and it is further

[¶ 5]   **ORDERED** that the Clerk of this Court shall transmit a copy of this "Order of Immediate Suspension" to the Respondent, Bar Counsel, members of the Board of Professional Responsibility, and the clerks of the appropriate courts of the State of Wyoming.

[¶ 6]   **DATED** this 13th day of January, 2021.

BY THE COURT:

/s/

**MICHAEL K. DAVIS**
**Chief Justice**